UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30199

NATIONAL GRANGE MUTUAL   )
INSURANCE COMPANY, as subrogee of   )
ENGINEERING DESIGN ASSOCIATES,   )
    Plaintiff   )
       )
v.   )
       )
CITY OF SPRINGFIELD and   )
SPRINGFIELD WATER AND SEWER   )
COMMISSION,   )
    Defendants   )

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1(a) and Local Rule 7.3(A), Plaintiff National Grange Mutual Insurance Company makes the following disclosure. Plaintiff National Grange Mutual Insurance Company is a member of Main Street America Group, which offers insurance products and services through three insurance companies, Main Street America Assurance Company, National Grange Mutual Insurance Company and Old Dominion Insurance Company. Plaintiff's subrogor, Engineering Design Associates, has no corporate affiliations.

The Plaintiff,
NATIONAL GRANGE MUTUAL
NSURANCE COMPANY
By Its Attorneys,
MORRISON MAHONEY LLP

_____
John F. Burke, Jr., BBO# 065140
1500 Main Street, Suite 2400, P.O. Box 15387
Springfield, MA 01115-5387
413-737-4373
413-739-3125 fax