UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

04 CV 30199-KPN

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY, as subrogee of ENGINEERING DESIGN ASSOCIATES, Plaintiff | )<br>)<br>)<br>)<br>) |
| v. | ) |
| CITY OF SPRINGFIELD and SPRINGFIELD WATER AND SEWER COMMISSION, Defendants | )<br>)<br>)<br>) |

### AFFIDAVIT OF SEAN P. O'DONNELL

I, Sean P. O'Donnell, Esquire, being duly sworn according to law, do hereby depose and say that:

1. I am a resident of the State of Pennsylvania. I have been a practicing attorney in Pennsylvania for 9 years. I am a member of the law firm of Cozen O'Connor, 1900 Market Street, Philadelphia, Pennsylvania 19103.

2. I am a member in good standing of the State Bar of Pennsylvania, duly licensed and admitted to practice law in that jurisdictions, and in every jurisdiction in which I am admitted to practice. My Pennsylvania attorney identification number is 76533.

3. There are no disciplinary proceedings or criminal charges instituted or pending against me in Pennsylvania or any other jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

5.  If the Court shall allow my application to appear *pro hac vice* in the above-captioned matter, I will represent my client in this proceeding together with the undersigned counsel, a member of the Bar of this Court, until the final determination thereof, and with reference to all matters, incidents or proceedings, I will agree that I shall be subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court in all respects as if I were a regularly admitted and licensed member of the Bar of this Court in good standing.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30th DAY OF SEPTEMBER, 2004.

_____
Sean P. O'Donnell