# United States District Court

DISTRICT OF **MASSACHUSETTS**

NATIONAL GRANGE MUTUAL INSURANCE COMPANY, as subrogee of ENGINEERING DESIGN ASSOCIATES

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 04-30199-KPN

CITY OF SPRINGFIELD and SPRINGFIELD WATER AND SEWER COMMISSION

TO: (Name and Address of Defendant)

Springfield Water and Sewer Commission
250 M Street Extension
Agawam, MA  01001

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)    John F. Burke, Jr., Morrison Mahoney LLP, 1500 Main Street, P.O. Box 15387, Springfield, MA  01115-5387 and Sean P. O'Donnell, Cozen O'Connor, 1900 Market Street, Philadelphia, PA '19103.

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

*Mary Finn*
BY DEPUTY CLERK

*October 6, 2004*
DATE

# RETURN OF SERVICE

DATE



Hampden County Sheriff's • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

October 12, 2004

I hereby certify and return that on 10/8/2004 at 11:30 am I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/MOTION FOR ADMISSION PRO HAC VICE W/AFFIDAVIT in this action in the following manner: To wit, by delivering in hand to MATHEW DONELIN, , agent, person in charge at the time of service for SPFLD. WATER & SEWER COMMISSION, , 250 M STREET EXT., AGAWAM, MA 01001.Attestation X 1 ($5.00), Conveyance ($1.50), Travel ($3.20), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $40.70

Deputy Sheriff DAVID K. TENNEY                                 _David Tenney_
                                                                 Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                Date                       Signature of Server

                                     _____
                                            Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.