# United States District Court

DISTRICT OF MASSACHUSETTS

NATIONAL GRANGE MUTUAL INSURANCE COMPANY,
as subrogee of ENGINEERING DESIGN ASSOCIATES

V.

CITY OF SPRINGFIELD and SPRINGFIELD
WATER AND SEWER COMMISSION

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04-30199-KPN

TO: (Name and Address of Defendant)

City of Springfield
36 Court Street
Springfield, MA 01103

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address) John F. Burke, Jr., Morrison Mahoney LLP, 1500 Main Street, P.O. Box 15387, Springfield, MA 01115-5387 and Sean P. O'Donnell, Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103.

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

_____
BY DEPUTY CLERK

October 4, 2004
DATE

# RETURN OF SERVICE



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

October 8, 2004

I hereby certify and return that on 10/8/2004 at 02:05 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/MOTION FOR ADMISSIION PRO HAC VIC & AFFIDAVIT in this action in the following manner: To wit, by delivering in hand to MR. SCANLON, ASST. CITY CLERK, person in charge at the time of service for CITY OF SPRINGFIELD, , 36 COURT ST., SPRINGFIELD, MA 01103.Attestation X 1 ($5.00), Travel ($2.56), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $38.56

Deputy Sheriff  JORGE DIAZ

_____
Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                                Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.