UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY, as subrogee Of ENGINEERING DESIGN ASSOCIATES<br>Plaintiff,<br><br>v<br><br>CITY OF SPRINGFIELD and SPRINGFIELD WATER AND SEWER COMMISSION<br>Defendants | Civil Action No. 04-30199-KPN |

## JOINT STAEMENT PURSUANT TO L.R. 16.10

Now come the PARTIES, and state that they have conferred as required by court order and rules and state as follows:

1) The parties will consent to a magistrate trial at this time;

2) Certify that the party's have conferred as required by Local Rule 16.1 with a view toward establishing a budget for the costs of conducting the full course, and various alternative courses, of litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4. Certifications signed by the clients will be filed in this court by February 11, 2005.

In addition the defendant agrees to an order for discovery and a proposed schedule for filing of motions and pretrial scheduling as follows:

1. All automatic discovery will be exchanged by February 15, 2005.

2. All written discovery requests will be served by March 26th, 2005.

45404

3. Motions to amend pleadings to add parties, complying with Local Rule 15.1 (B), (which requires a party seeking an amendment that would add a new party to serve the motion to amend on the proposed new party at least ten days prior to filing), be served by May 4, 2005.

4. All non-expert depositions will be completed by July 15, 2005.

5. Plaintiff to disclose expert reports as required by Fed. R. Civ. P. 26(a) (2) no later than August 22, 2005.

6. Defendant to disclose expert reports as required by Red. R. Civ. P. 26 (a) (2) no later than September 24, 2005.

7. All Expert depositions will be completed by October 31, 2005.

8. Counsel will appear again before this court for a case management conference at 11:00 a.m., on August 1, 2005.

**THE DEFENDANT**

By _/s/ John T. Liebel/_
John T. Liebel, Esq.
Assistant City Solicitor
BBO # 299660
City of Springfield Law Department
36 Court Street
Springfield, MA  01103
Telephone   413-787-6085
Telefax       413-787-6173

**THE PLAINTIFF**

By _Sean P. O'Donnell_
Sean P. O'Donnell
BBO#
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
Telephone   215-665-2089
Telefax       215-665-2013

## CERTIFICATE OF SERVICE

I, John T. Liebel, hereby certify that I caused a copy of the foregoing document to be delivered to the above named this 29th day of December 2005.

_/s/ John T. Liebel/_
John T. Liebel, Esq.

45404