UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NATIONAL GRANGE MUTUAL INS. CO.             :
a/s/o ENGINEERING DESIGN ASSOCIATES         : CIVIL ACTION NO. 04-30199-KPN
                                            :
           Plaintiff                        :
                                            :
      v.                                    :
                                            :
CITY OF SPRINGFIELD                         :
      and                                   :
SPRINGFIELD WATER AND SEWER COMM.           :
                                            :
           Defendants                       :

### PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

The undersigned hereby certify and confirm that plaintiff's counsel has conferred with his client regarding a budget for the cost of conducting this litigation and to consider the resolution of this litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4.

NATIONAL GRANGE MUTUAL INSURANCE
COMPANY

By: /s/ Sharon Roy
    SHARON ROY

and
COZEN O'CONNOR

/s/ Sean P. O'Donnell
Sean P. O'Donnell, Esquire (Pro Hac Vice)
1900 Market Street
Philadelphia, PA  19103
(215) 665-2089
(215) 701-2089 fax