UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NATIONAL GRANGE MUTUAL           )
INSURANCE COMPANY, as subrogee   )
of ENGINEERING DESIGN            )
ASSOCIATES,                      )
                Plaintiff    )
                             )
   v.                            )   Civil Action No. 04-30199-KPN
                             )
                             )
CITY OF SPRINGFIELD and           )
SPRINGFIELD WATER and SEWER       )
COMMISSION,                       )
                Defendants  )

## SCHEDULING ORDER
January 5, 2005

NEIMAN, U.S.M.J.

      The following schedule was established at the initial scheduling conference this day:

    1.    The parties shall complete their automatic disclosures by February 15, 2005.

    2.    All written discovery shall be served by March 25, 2005.

    3.    Motions to amend pleadings shall be served by May 4, 2005.

    4.    Non-expert depositions shall be completed by July 15, 2005.

    5.    Counsel shall appear for a case management conference on July 19, 2005, at 10:30 a.m. in Courtroom Three.

    6.    Plaintiff shall designate and disclose information regarding its trial experts

>   as required by FED. R. CIV. P. 26(a)(2) by August 22, 2005.

7. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by September 24, 2005.

8. All expert depositions shall be completed by October 31, 2005.

IT IS SO ORDERED.

DATED: January 5, 2005

>   /s/ Kenneth P. Neiman
>   KENNETH P. NEIMAN
>   U.S. Magistrate Judge