UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 JAN -7  P 12: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| **NATIONAL GRANGE MUTUAL INSURANCE COMPANY, as subrogee Of ENGINEERING DESIGN ASSOCIATES**<br>Plaintiff,<br><br>v<br><br>**CITY OF SPRINGFIELD and SPRINGFIELD WATER AND SEWER COMMISSION**<br>Defendants | Civil Action<br>No. 04-30199-KPN |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D) (3)

I, John T. Liebel, attorney for the City of Springfield, in accordance with Local Rule 16.1 (D)(3) hereby certify that I have conferred with the City Solicitor, Patrick J. Markey, regarding establishing a budget for the costs of conducting this litigation and regarding the use of alternative dispute resolution programs.

Signed under the penalties of perjury this 5th day of January, 2005.

_____
John T. Liebel, Esq.

45569

## CERTIFICATE OF SERVICE

To:
Sean P. O'Donnell
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

I, John T. Liebel, hereby certify that I caused a copy of the foregoing document to be delivered to the above named this 5th day of January 2005.

_____
John T. Liebel, Esq.

45569