UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY, as subrogee Of ENGINEERING DESIGN ASSOCIATES<br>Plaintiff,<br><br>v<br><br>CITY OF SPRINGFIELD and SPRINGFIELD WATER AND SEWER COMMISSION<br>Defendants | Civil Action No. 04-30199-KPN |

## MOTION TO EXTEND TIME FOR DISCOVERY

Now come the Defendants, City of Springfield and the Springfield Water and Sewer Commission, and move this Honorable court to extend time to conduct discovery from July 15, 2005 up to and including September 1, 2005.

As grounds therefore, the Defendant Springfield Water and Sewer Commission, through counsel would state that Plaintiff's counsel has sent written discovery requests that involve researching archives in two separate locations. The Defendant, Springfield Water and Sewer Commission, has compiled a number of documents to date but due to vacation schedules will not have all requested information prior to July 15, 2005. The Plaintiff, through counsel desire to depose a number of witnesses of both defendants but has appropriately requested that the initial discovery requests be compiled first.

The Plaintiff's counsel has consented to this request.

47707

|  |  |
|---|---|
| **ASSENTED TO** | **THE DEFENDANTS**<br>**CITY OF SPRINGFIELD and**<br>**SPRINGFIELD WATER AND**<br>**SEWER COMMISSION** |
| By: _____<br>Sean P. O'Donnell, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103<br>Telephone  215-665-2000<br>Telefax      215-665-2013 | By: _____<br>John T. Liebel, Esq.<br>City of Springfield<br>Law Department<br>36 Court Street<br>Springfield, MA  01103<br>Telephone (413) 787-6085<br>Telefax     (413) 787-6173<br>BBO # 299660 |

## CERTIFICATE OF SERVICE

To:

John F. Burke Jr.
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-5387

Sean P. O'Donnell, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

I, John T. Liebel, hereby certify that I caused a copy of the foregoing document to be delivered to the above named on this 7th day of July, 2005.

_____
John T. Liebel, Esq.

47707