UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NATIONAL GRANGE MUTUAL          )
INSURANCE COMPANY, as subrogee  )
of ENGINEERING DESIGN           )
ASSOCIATES,                     )
        Plaintiff                )
                                )
v.                              )    Civil Action No. 04-30199-KPN
                                )
                                )
CITY OF SPRINGFIELD and         )
SPRINGFIELD WATER and SEWER     )
COMMISSION,                     )
        Defendants               )

REVISED SCHEDULING ORDER
July 8, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS Defendants' assented-to Motion to Extend Time for Discovery (Document No. 15) and revises the schedule as follows:

1. Non-expert depositions shall be completed by September 1, 2005.

2. Counsel shall appear for a case management conference on September 8, 2005, at 10:30 a.m. in Courtroom Three. The July 19th conference is hereby cancelled.

3. Plaintiff shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by October 21, 2005.

4. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by November 30, 2005.

    5.    All expert depositions shall be completed by December 30, 2005.

    There shall be no further extensions.

DATED: July 8, 2005

                                        /s/ Kenneth P. Neiman  
                                      KENNETH P. NEIMAN  
                                      U.S. Magistrate Judge