UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL )<br>INSURANCE COMPANY, as subrogee )<br>of ENGINEERING DESIGN )<br>ASSOCIATES, )<br>                Plaintiff )<br>                )<br>    v. )<br>                )<br>CITY OF SPRINGFIELD and )<br>SPRINGFIELD WATER and SEWER )<br>COMMISSION, )<br>              Defendants ) | Civil Action No. 04-30199-KPN |

SCHEDULING ORDER
January 19, 2006

NEIMAN, U.S.M.J.

    The following schedule was established at the case management conference this day:

    1.    The remaining non-expert depositions shall be completed by February 9, 2006.

    2.    Trial shall commence on May 22, 2006, at 9:00 a.m.

    3.    Counsel shall appear for a final pretrial conference on May 15, 2006 at 2:00 p.m. in Courtroom Three.  Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN

U.S. Magistrate Judge