UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INS. CO. : | |
| a/s/o ENGINEERING DESIGN ASSOCIATES : CIVIL ACTION NO. 04-30199-KPN | |
| : | |
| Plaintiff : | |
| v. : | |
| : | |
| CITY OF SPRINGFIELD : | |
| and : | |
| SPRINGFIELD WATER AND SEWER COMM. : | |
| : | |
| Defendants : | |

**CONSENT MOTION TO RESCHEDULE FINAL PRETRIAL CONFERENCE**

On January 19, 2006, this Honorable Court scheduled a Final Pretrial Conference for May 15, 2006 at 2:00 p.m. before Magistrate Judge Kenneth P. Neiman.

Due to an unanticipated family-related scheduling conflict, plaintiff's counsel is unable to attend the conference as scheduled on May 15, 2006. Counsel for the parties discussed the conflict and agreed to petition the Court for an adjournment of the Pretrial Conference. Accordingly, the undersigned respectfully requests that the Final Pretrial Conference be rescheduled at the Court's convenience. If the Court deems it appropriate, plaintiff's counsel will coordinate a telephone conference call with counsel and the Court to discuss a new date for the Final Pretrial Conference.

Respectfully submitted,

COZEN O'CONNOR


BY:   /s/ Sean P. O'Donnell
        SEAN P. O'DONNELL, ESQUIRE
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Sean P. O'Donnell, hereby certify that a true and correct copy of the Consent Motion to Reschedule Final Pretrial Conference was filed electronically and addressed as follows:

John T. Liebel, Esquire
Assistant City Solicitor
City of Springfield Law Department
36 Court Street
Springfield, MA 01103


/s/ Sean P. O'Donnell
SEAN P. O'DONNELL, ESQUIRE