

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
HOUSTON
LONDON
LOS ANGELES
NEW YORK

# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

NEWARK
SAN DIEGO
SAN FRANCISCO
SANTA FE
SEATTLE
TORONTO
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

May 17, 2006

SEAN P. O'DONNELL
Direct Phone 215.665.2089
Direct Fax   215.701.2089
sodonnell@cozen.com

The Honorable Kenneth P. Neiman
United States Magistrate Judge
United States District Court
for the District of Massachusetts
Federal Building & Courthouse
1550 Main Street
Springfield, MA 01103

Re:   National Grange Mutual Ins. Co. v. City of Springfield, et al.
      USDC - Case No: 0430199-KPN
      Our File No: 120638

Dear Magistrate Judge Neiman:

    This will confirm that the above-captioned case has been settled and should be removed from your trial calendar. Defense counsel expects that his clients will be able to deliver their settlement checks within thirty (30) days. Therefore, I request that you set this case for dismissal thirty (30) days from today's date. Thanking you for your assistance in resolving this matter, I am,

Respectfully yours,

COZEN O'CONNOR

 s/ Sean P. O'Donnell

By:   SEAN P. O'DONNELL

cc:   John T. Liebel, Esquire